AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Parker, Thomas M. | U.S. Dist. Court. Northern Dist. of Ohio | 05/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

801 W. Superior Ave
Chambers 11B
Cleveland, OH 44113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Shelter Care, Inc. |
| 2. | Member of Board of Trustees | Urban Vision, Inc. |
| 3. | Trustee | Irrevocable Gifting Trust FBO 1 |
| 4. | Trustee | Irrevocable Gifting Trust FBO 2 |
| 5. | Trustee | Irrevocable Gifting Trust FBO 3 |
| 6. | Trustee | Irrevocable Gifting Trust FBO 4 |
| 7. | Trustee | Irrevocable Gifting Trust FBO 5 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/01/16 | Ohio Public Employees Retirement System (participant in traditional service retirement plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Ohio Public Employees Retirement System (retirement benefit) | $14,578.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Christ Community Chapel (fka Hudson Community Chapel) - spouse's salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | William D. Ford Federal Direct Student Loan Program | Student Loan (co-signer) | K |
| 2. | UBS | Line of Credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AIG Focused Dividend Strategy Fund Class W: FDSWX (Fund name changed) | C | Dividend | K | T | Sold (part) | 06/19/17 | J | A | |
| 2. | | | | | Sold (part) | 09/06/17 | J | A | |
| 3. Alger Spectra Fund, Cl Z: ASPZX | B | Distribution | K | T | Sold (part) | 03/02/17 | J | B | |
| 4. | | | | | Sold (part) | 06/19/17 | J | A | |
| 5. | | | | | Sold (part) | 09/06/17 | J | A | |
| 6. American Century Heritage Investment Fund: TWHIX | B | Distribution | K | T | Sold (part) | 06/19/17 | J | | |
| 7. AMG Yacktmand Fund Class I: YACKX | C | Dividend | K | T | Sold (part) | 03/02/17 | J | A | |
| 8. | | | | | Sold (part) | 03/06/17 | J | A | |
| 9. AQR Managed Futures Strategy Fund Cl 1: AQMIX | A | Dividend | K | T | Sold (part) | 03/02/17 | J | | |
| 10. | | | | | Sold (part) | 06/19/17 | J | | |
| 11. | | | | | Sold (part) | 07/25/17 | J | | |
| 12. | | | | | Sold (part) | 07/31/17 | J | | |
| 13. Blackrock High Yield Bond Fund 1: BHYIX | B | Dividend | K | T | Sold (part) | 03/30/17 | J | | |
| 14. | | | | | Sold (part) | 06/19/17 | J | | |
| 15. Columbia Select Large Cap Growth Fund Cl. Z: UMLGX | D | Distribution | K | T | Sold (part) | 03/02/17 | J | A | |
| 16. | | | | | Sold (part) | 04/24/17 | J | A | |
| 17. | | | | | Sold (part) | 05/23/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/19/17 | J | A | |
| 19. Delaware Value Fund Institutional Cl 1: DDVIX | B | Dividend | K | T | | | | | |
| 20. Double Line Total Return Fund Institutional | B | Dividend | K | T | Sold (part) | 06/19/17 | J | | |
| 21. Dreyfus/Standish Global Fixed Income Fund Cl. 1: SDGIX | B | Dividend | K | T | Sold (part) | 03/02/17 | J | | |
| 22. | | | | | Sold (part) | 09/07/17 | J | | |
| 23. Exxon Mobil Corp common stock: XOM | A | Dividend | J | T | | | | | |
| 24. Gabelli Small Cap Growth fund Cl. 1: GACIX | A | Dividend | K | T | Sold (part) | 06/19/17 | J | A | |
| 25. John Hancock Global Absolute Return Strategies Fund Cl. 1: JHAIX | B | Dividend | | | Sold | 03/02/17 | J | | |
| 26. John Hancock 2 Strategic Income Opportunity Fund Cl. 1: JIPIX | A | Dividend | K | T | Sold (part) | 06/19/17 | J | | |
| 27. JP Morgan Mid Cap Value Fund Cl. S: JMVSX | A | Dividend | K | T | Sold (part) | 06/19/17 | J | A | |
| 28. Legg Mason Western Asset Macro Opportunities Fund Cl. 1: LAOIX | B | Dividend | K | T | | | | | |
| 29. Loomis Sayles Bond Fund Class Institutional: LSBDX | B | Dividend | K | T | Sold (part) | 06/19/17 | J | | |
| 30. | | | | | Sold (part) | 09/06/17 | J | | |
| 31. Mainstay Mainstay Floating Rate 1: MXFIX | A | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | |
| 32. Mainstay Cushing MLP Premier Fund Class 1: CSHZX | A | Dividend | J | T | Buy | 03/01/17 | J | | |
| 33. Powershares S&P 500 High Div. Low Volatility Portfolio ETF DE: SPHD | A | Dividend | J | T | Buy | 03/01/17 | K | | |
| 34. | | | | | Sold (part) | 10/26/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prudential Global Total Return Fund, Inc. Cl. Z: PZTRX | A | Dividend | K | T | Sold (part) | 06/19/17 | J | | |
| 36. | | | | | Sold (part) | 06/29/17 | J | | |
| 37. Oakmark International Fund Cl. 1: OAKIX | B | Dividend | L | T | Sold (part) | 05/01/17 | J | A | |
| 38. | | | | | Sold (part) | 06/19/17 | J | A | |
| 39. Victory RS Select Growth Fund Cl. Y: RSSYX | C | Distribution | K | T | Sold (part) | 06/19/17 | J | A | |
| 40. Virtus Vontobel Emerging Markets Opportunities Fund Cl. 1: HIEMX | A | Dividend | L | T | Sold (part) | 06/19/17 | J | A | |
| 41. UBS Bank | A | Interest | J | T | | | | | |
| 42. Schwab 1000 Index Fund | A | Dividend | | | Sold | 12/14/17 | J | A | |
| 43. ISHARES IBOXX INVT GRADE BOND ETF: LQD | A | Dividend | J | T | | | | | |
| 44. ISHARES CORE US AGGRGT BOND ETF IV: AGG | A | Dividend | K | T | Sold (part) | 02/06/17 | J | | |
| 45. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 46. ISHARES CORE US TREASURY BOND ETF: GOVT | A | Dividend | K | T | | | | | |
| 47. ISHARES MSCI ACWI ETF IV: ACWI | A | Dividend | L | T | Sold (part) | 11/08/17 | J | A | |
| 48. ISHARES MSCI EAFE SMALL CAP ETF: SCZ | A | Dividend | K | T | Buy (add'l) | 11/08/17 | J | | |
| 49. SPDR DOW JONES GLOBAL REAL ESTATE ETF: RWO | A | Dividend | K | T | Buy (add'l) | 02/06/17 | J | | |
| 50. | | | | | Sold (part) | 05/02/17 | J | | |
| 51. | | | | | Buy (add'l) | 11/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR MSCI ACWI EX-US ETF: CWI | B | Dividend | L | T | Buy (add'l) | 02/06/17 | J | | |
| 53. | | | | | Sold (part) | 05/02/17 | J | A | |
| 54. SPDR S&P GLOBAL INFRASTRUCTURE ETF: GII | B | Dividend | K | T | Buy (add'l) | 02/06/17 | J | | |
| 55. | | | | | Sold (part) | 05/02/17 | J | A | |
| 56. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 57. SPDR S&P GLOBAL NATURAL RESOURCS ETF: GNR | A | Dividend | K | T | Sold (part) | 02/06/17 | J | A | |
| 58. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 59. | | | | | Sold (part) | 11/08/17 | J | A | |
| 60. VANGUARD FTSE EMERGING MARKETS EFT: VWO | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 61. VANGUARD MID CAP ETF IV: VO | A | Dividend | J | T | | | | | |
| 62. VANGUARD MORTGAGE BACKED SEC ETF: VMBS | A | Dividend | J | T | | | | | |
| 63. VANGUARD RUSSELL 1000 GROWTH ETF IV: VONG | A | Dividend | K | T | | | | | |
| 64. VANGUARD RUSSELL 1000 VALUE ETF IV: VONV | A | Dividend | K | T | | | | | |
| 65. VANGUARD TOTAL STOCK MARKET ETF: VTI | A | Dividend | L | T | Sold (part) | 11/08/17 | J | B | |
| 66. Charles Swhwab Bank | A | Int./Div. | | | Closed | 12/15/17 | J | A | |
| 67. Schwab Gov't Money Market Fund | A | Dividend | | | Sold | 12/15/17 | J | A | |
| 68. Blackrock College 2020 Option A 529 Plan (Fund name change) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock College Enrollment Option A 529 Plan (Fund name chnage) | | None | J | T | Redeemed (part) | 08/04/17 | J | A | |
| 70. PNC Bank Savings Account | A | Interest | J | T | | | | | |
| 71. PNC Bank Savings Account | A | Interest | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Trustee positions I have listed in Part I are not otherwise reflected in any other part. The trusts were established by my mother prior to her death for the benefit of ▓▓▓▓▓▓▓▓▓▓▓. I received no income from my service as trustee and have no beneficial interest in trust assets. Thus, these trusts have no assets that are reportable in Part VII. Further, I caused the remaining trust assets to be issued to the beneficiaries prior to 12/31/17; the trusts have been terminated in 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Parker**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544